-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH WHITE, III** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   10-1558 |
| | * | |
| **ABE'S BOAT RENTAL, INC.** | * | JUDGE: |
| | * | |
| | * | MAGISTRATE: |

## MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, it is suggested to the Court that all of the matters which are the subject of Plaintiff's Original Complaint herein have been fully settled, satisfied and compromised and, accordingly, that same should be dismissed with prejudice, as of compromise, with each party bearing its own costs.

Respectively submitted,

  /s/   Jack W. Harang
Jack W. Harang (# )
Law Offices of Jack W. Harang
228 St. Charles Ave.
Suite 501
New Orleans, LA 70130
Telephone:  504-581-7050
Attorney for Plaintiff

    /s/    Rufus C. Harris, III
RUFUS C. HARRIS, III, T.A. (Bar #6638)
ALFRED J. RUFTY, III (Bar #19990)
CINDY G. MARTIN (Bar #25159)
JILL S. WILLHOFT (Bar #28990)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Defendant, Abe's Boat Rental, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via telefax, this ___ day of May, 2011.

    /s/    Rufus C. Harris, III
RUFUS C. HARRIS, III