UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH WHITE, III** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  10-1558 |
| | * | |
| **ABE'S BOAT RENTAL, INC.** | * | JUDGE:  Fallon |
| | * | |
| | * | MAGISTRATE:  Shushan |

## ORDER OF DISMISSAL

IT IS  ORDERED that all matters which are the subject of Plaintiff's Original Complaint herein be, and the same are hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this __27th__ day of May, 2011.

_____
**JUDGE**

-1-